■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVADOR DIAZ, Appellant. [875 NYS2d 892]—Order, Supreme Court, New York County (Roger S. Hayes, J.), entered on or about February 8, 2008, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The People met their burden of establishing, by clear and convincing evidence, risk factors bearing a sufficient total point score to support a level two sex offender adjudication. The court properly assessed points under the factor for lack of supervised release, even though this was a matter beyond defendant's control (*see People v Lewis*, 37 AD3d 689, 690 [2007], *lv denied* 8 NY3d 814 [2007]). The court properly exercised its discretion in denying defendant a downward departure from his presumptive risk level (*see People v Guaman*, 8 AD3d 545 [2004]). Defendant's remaining contentions are unpreserved and meritless. Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Renwick, JJ.